AMELIA M. APPEL, as Administratrix of JOSEPH M. APPEL, Deceased, Appellant, *v.* THE ÆTNA LIFE INSURANCE COMPANY, Respondent.

*Appel* v. *Ætna Life Ins. Co.*, 86 App. Div. 83, affirmed.
(Argued December 1, 1904; decided December 16, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 24, 1903, sustaining defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, and granting a motion for a new trial.

*Charles Van Voorhis* for appellant.

*Charles J. Bissell* and *Joseph W. Taylor* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.